NO. 07-11-0395-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 20, 2011

In the Interest of K.L.S., V.C.S. and C.R.S., Children

FROM THE 223rd DISTRICT COURT OF GRAY COUNTY;

NO. 36245; HONORABLE LEE WATERS, PRESIDING

*Order of Dismissal*

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Connie Smith filed a notice of appeal on October 6, 2011. However, appellant did not pay the $175 filing fee required under Texas Rule of Appellate Procedure 5. Nor did she file with us an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated October 7, 2011, we informed appellant that the filing fee had not been paid and that the failure to cure the default within ten days may result in a dismissal of her appeal. TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The fee was not so paid. Nor did appellant tender an affidavit of indigence within that time.

Because appellant has failed to pay the requisite filing fees as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam